**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LEE E. JOHNSON
JOEY MARIE KELLY

     v.                                      Civil No.  3:11CV465(JBA)

PRICELINE.COM, INC.

**JUDGMENT**

     This matter came on for consideration on defendant's motion to dismiss before the Honorable Janet Bond Arterton, United States District Judge.

     The Court has reviewed all of the papers filed in conjunction with the motion and on March 30, 2012 , a Ruling entered granting the relief.

     It is therefore ORDERED and ADJUDGED that  judgment is entered for the defendant and the case is closed.

     Dated at New Haven, Connecticut, this 2nd day of April, 2012.

                                                ROBERTA D. TABORA, CLERK

                                                BY_____/s/_____
                                                      Betty J. Torday
                                                      Deputy Clerk

EOD_____